Henry A KORSZUN, Wojtek W. Borow-ski, and Compucloz Corporation, Plaintifsf–Appellants,

v.

PUBLIC TECHNOLOGIES MULTIME-DIA, INC. (now known as My Virtual Model, Inc.), J.C. Penney Company, Inc., Mattel, Inc., Broderbund Soft-ware, Inc., and Lands' End, Inc., De-fendants–Cross Appellants.

No. 04–1504, 04–1542.

United States Court of Appeals, Federal Circuit.

April 11, 2005.

Before LOURIE, BRYSON, and GAJARSA, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and con-sidered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

SPORTS MACHINE, INC. (doing business as BickSource), Appellant,

v.

MIDWEST MERCHANDIZING, INC., Appellee.

No. 04–1525.

United States Court of Appeals, Federal Circuit.

April 11, 2005.

Before LOURIE, BRYSON, and GAJARSA, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and con-sidered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.